IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01120-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 0 2010

GREGORY C. LANGHAM
CLERK

L. MICHAEL GEORGE,

    Plaintiff,

v.

UNIVERSITY OF DENVER, PENROSE LIBRARY, and
CAMPUS SAFETY CENTER,

    Defendants.

---

## ORDER DISMISSING CASE

---

Plaintiff, L. Michael George, currently resides in Denver, Colorado. Mr. George, acting *pro se*, initiated this action by filing a Complaint. On June 3, 2010, Mr. George filed a Notice of Dismissal with the Court. The Court must construe the Notice liberally because Mr. George is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).

The Court, therefore, construes the Notice as filed pursuant to Rule 41(a)(1)(A)(i). The file will be closed as of June 3, 2010, the date the Notice was filed with the Court. See *Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the Notice of Dismissal is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective as of June 3, 2010, the date Mr. George filed the Notice in this action.

DATED at Denver, Colorado, this 9th day of June, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01120-BNB

L. Michael George
1825 Arapahoe St. #1012
Denver, CO 80202

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/10/10

                                    GREGORY C. LANGHAM, CLERK

                                  By: _____
                                       Deputy Clerk